**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DOMENICA NOMINEES PTY. LTD.,<br><br>      Plaintiff,<br><br>   v.<br><br>CGO V, LLC; EMERGING MARKETS INTRINSIC CAYMAN LTD.; and EMERGING MARKETS INTRINSIC, LTD.,<br><br>      Defendants. | Case No. 16-cv-09016 |

**RULE 7.1 DISCLOSURE STATEMENT OF**
**DEFENDANTS CGO V, LLC, EMERGING MARKETS INTRINSIC CAYMAN LTD.,**
**EMERGING MARKETS INTRINSIC LTD.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendants CGO V, LLC ("CGO V"), Emerging Markets Intrinsic Cayman Ltd. ("EMI Cayman"), and Emerging Markets Intrinsic Ltd. ("EMI Ltd."), through their attorneys, state as follows:

1. CGO V is a corporation organized and existing under the laws of the state of Delaware, with its principal place of business in Branford, Connecticut. CGO V has no parent corporation and no publicly held corporation owns 10% or more of its stock.

2. EMI Cayman is a corporation organized and existing under the laws of the Cayman Islands, with its principal place of business in Branford, Connecticut. EMI Cayman has no parent corporation and no publicly held corporation owns 10% or more of its stock.

3. EMI Ltd. is a corporation organized and existing under the laws of the Cayman Islands, with its principal place of business in Branford, Connecticut. EMI Ltd. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: November 18, 2016  
New York, New York

Respectfully submitted,

CHAFFETZ LINDSEY LLP

By: /s/ Scott W. Reynolds  
     Scott W. Reynolds  
     Nathaniel Marmon  
     Gretta L. Walters

1700 Broadway, 33rd Floor  
New York, New York 10019  
Tel. (212) 257-6960  
Fax (212) 257-6950  
scott.reynolds@chaffetzlindsey.com  
nathaniel.marmon@chaffetzlindsey.com  
gretta.walters@chaffetzlindsey.com

*Attorneys for Defendant Defendants CGO V, LLC, Emerging Markets Intrinsic Cayman Ltd. and Emerging Markets Intrinsic Ltd.*