UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DOMENICA NOMINEES PTY. LTD.,

        Plaintiff,

v.

CGO V, LLC; EMERGING MARKETS INTRINSIC CAYMAN LTD.; and EMERGING MARKETS INTRINSIC, LTD.,

        Defendants.

Case No. 16-cv-09016-VEC

**AFFIDAVIT OF SERVICE**

---

State of New York, County of New York

I, ALETHEA GROSS, being duly sworn, deposes and says:

1. I am employed by the law firm Chaffetz Lindsey LLC, attorneys for defendants CGO V, LLC, Emerging Markets Intrinsic Cayman Ltd., and Emerging Markets Intrinsic Ltd. I am not a party to this action and I am over 18 years of age.

2. On November 21, 2016, I caused to be served true and correct copies of: (1) Notice of Removal with Exhibits A to W, dated November 18, 2016; (2) Civil Cover Sheet, dated November 18, 2016; (3) Rule 7.1 Disclosure Statement of Defendants CGO V, LLC, Emerging Markets Intrinsic Cayman Ltd., and Emerging Markets Intrinsic Ltd., dated November 18, 2016; (4) Notice of Appearance of Scott W. Reynolds, dated November 18, 2016; (5) Notice of Appearance of Gretta L. Walters, dated November 18, 2016; (6) Individual Rules of Practice in Civil Cases of the Hon. Valerie E. Caproni; and (7) the Electronic Case Filing Rules & Instructions, by mailing the same via Federal Express overnight mail postage prepaid, addressed to the attorney for Plaintiff Domenica Nominees Pty. Ltd., who is designated to receive service as follows:

Michael Tremonte
Sher Tremonte LLP
80 Broad Street, Suite 1301
New York, New York 10004

Dated: November 22, 2016
      New York, New York

By: _____
      Alethea Gross

Sworn to before me this 22 day of Nov., 2016

_____
Notary Public

JUNGMIN CHO
Notary Public, State of New York
No. 02CH6295321
Qualified in New York County
Commission Expires Jan. 06, 2018

2