UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/2016

DOMENICA NOMINEES PTY. LTD.,

                Plaintiff,

-against-

CGO V, LLC, EMERGING MARKETS INTRINSIC CAYMAN LTD., EMERGING MARKETS INTRINSIC, LTD,

                Defendants.

Case No. 16-cv-09016 (VEC)(KNF)

**STIPULATION**

    WHEREAS, on November 8, 2016, Plaintiff Domenica Nominees Pty. Ltd. moved the New York Supreme Court, New York County (Index No. 655875/2016) by order to show cause why a preliminary injunction should not be made and entered herein ("State Court Action");

    WHEREAS, on November 11, 2016 the New York Supreme Court, Hon. Marcy Friedman (J.S.C.), entered an order setting a hearing date on Plaintiff's order to show cause application for November 30, 2016;

    WHEREAS, on November 18, 2016 Defendants removed the State Court Action to this Court;

    WHEREAS, Plaintiff intends to renew its request for a preliminary injunction before this Court forthwith;

    WHEREAS, the Parties have reached agreement to preserve the *status quo* pending a hearing on Plaintiff's request for the entry of a preliminary injunction;

SO ORDERED.

*/s/ Valerie Caproni*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

11/30/2016

IT IS HEREBY STIPULATED AND AGREED that, between now and December 14, 2016, Defendants and their affiliates, officers, managers, agents, attorneys, custodians, or nominees and any other person acting on their behalf are enjoined and restrained from taking any direct or indirect action to sell or transfer any shares or interests in TFS Corporation Ltd. held as collateral in connection with any lending agreement involving SRT Capital SPC, Ltd., Lucerne Investment Partners, Lucerne Australia Pty Ltd., or Emerging Markets Intrinsic Cayman Ltd., or Emerging Markets Intrinsic, Ltd.

IT IS FURTHER STIPULATED AND AGREED that (i) the Parties may stipulate, without the Court's approval, to extend the injunction and restraint described in the preceding paragraph beyond December 14, 2016; and (ii) if the Parties are not able to appear for a preliminary-injunction hearing on or before December 14, 2016, and if the Parties cannot agree on a stipulation to extend the injunction and restraint described in the preceding paragraph, Plaintiff may move for a temporary restraining order pending a preliminary-injunction hearing.

IT IS FURTHER STIPULATED AND AGREED that nothing herein shall impair Defendants' rights to seek to vacate or modify this Stipulation.

| | |
|---|---|
| CHAFFETZ LINDSEY LLP | SHER TREMONTE LLP |
| By: /s/ Scott Reynolds<br>    Scott Reynolds<br>    Nathaniel Marmon<br>1700 Broadway, 33rd Floor<br>New York, NY 10019<br>(212) 257-6950<br>scott.reynolds@chaffetzlindsey.com<br>nathaniel.marmon@chaffetzlindsey.com | By: /s/ Michael Tremonte<br>    Michael Tremonte<br>    Mark Cuccaro<br>    Justin Gunnell<br>80 Broad Street, 13th Floor<br>New York, NY 10004<br>(212) 202-2600<br>mcuccaro@shertremonte.com<br>jgunnell@shertremonte.com |
| *Attorneys for Defendants CGO V, LLC, Emerging Markets Intrinsic, Cayman Ltd., Emerging Markets Intrinsic, Ltd.* | *Attorneys for Plaintiff Domenica Nominees Pty. Ltd.* |