UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOMENICA NOMINEES PTY. LTD.; FRANK WILSON; and LUCERNE AUSTRALIA PTY. LTD., <br><br> Plaintiffs, <br><br> v. <br><br> EMERGING MARKETS INTRINSIC CAYMAN LTD.; SRT CAPITAL SEGREGATED PORTFOLIO COMPANY TFC; CGO V LLC; SRT CAPITAL SPC, LTD.; ERIC MAASS; and BULENT TOROS, <br><br> Defendants. | Case No. 1:16-cv-09016-VEC <br><br> **RULE 7.1 DISCLOSURE STATEMENT OF PLAINTIFF LUCERNE AUSTRALIA PTY. LTD.** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Lucerne Australia Pty. ("Lucerne") Ltd. by its attorneys, K&L Gates LLP, hereby discloses and certifies as follows:

Lucerne is wholly owned by Lucerne Group Pte Ltd.; and no publicly held corporation owns 10% or more of Lucerne's stock.

Dated: New York, New York
December 7, 2016

                                                 Respectfully submitted,

                                                 K&L GATES LLP

                                                 By:  /s/ Joanna A. Diakos  .
                                                     Joanna A. Diakos (JD 7269)
                                                     599 Lexington Avenue
                                                     New York, New York 10022-6030
                                                     Telephone:  (212) 536-3900
                                                     Email: Joanna.DiakosKordalis@klgates.com

                                                 *Attorneys for Plaintiff Lucerne Australia Pty. Ltd.*