**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DOMENICA NOMINEES PTY. LTD., FRANK
WILSON and LUCERNE AUSTRALIA PTY.
LTD.,

                Plaintiffs,

      -against-

EMERGING MARKETS INTRINSIC CAYMAN,
LTD.; EMERGING MARKETS INTRINSIC,
LTD.; SRT CAPITAL SEGREGATED
PORTFOLIO COMPANY TFC; CGO V, LLC;
SRT CAPITAL SPC, LTD.; ERIC MAASS; and
BULENT TOROS,

                Defendants.

Case No. 16-cv-09016 (VEC)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the annexed declarations of Frank Wilson, Anthony Murphy, and Jeremy Wade, and the exhibits annexed thereto, and upon all the prior papers and proceedings in this action, Plaintiffs Domenica Nominees Pty. Ltd. ("Domenica"), Frank Wilson, and Lucerne Australia Pty. Ltd. ("Lucerne," collectively "Plaintiffs") will move the Court, at the United States Courthouse, 40 Foley Square, New York, New York 10007, Courtroom 443, on a date to be determined by the Court, for an order pursuant to Fed. R. Civ. P. 65: (1) preliminarily enjoining defendants Emerging Markets Intrinsic Cayman, Ltd.; Emerging Markets Intrinsic, Ltd.; SRT Capital Segregated Portfolio Company TFC; CGO V, LLC; SRT Capital SPC, Ltd.; Eric Maass; and Bulent Toros ("Defendants") from selling, loaning, trading, encumbering, or otherwise conducting any financial transactions with the 22,534,000 TFS Corporation, Ltd. shares Domenica delivered to EMI in connection with the 2015 Margin Lending Agreement (the "Collateral Shares"); (2) compelling Defendants to disclose the current location and custodian of the Collateral Shares; and (3) requiring Defendants to vote the Collateral Shares in accordance with Frank

1

Wilson's instructions as per the 2015 Margin Lending Agreement.


DATED:  March 13, 2017

**DAVIS SANTOS, P.C.**

By:  /s/ Jason Davis
 Jason Davis
719 S. Flores Street
San Antonio, TX 78204
      Tel: 210.853.5882
      E-mail: jdavis@dslawpc.com
*Attorneys for Plaintiffs Domenica Nominees Pty. Ltd. and*
* Frank Wilson*
*(Admitted Pro Hac Vice)*


**SHER TREMONTE LLP**

By:  /s/ Michael M. Tremonte
 Michael Tremonte
 Mark Cuccaro
80 Broad Street, 13th Floor
New York, New York 10004
      Tel: 212.202.2600
      E-mail: mtremonte@shertremonte.com
*Attorneys for Plaintiffs Domenica Nominees Pty. Ltd. and*
*Frank Wilson*


**STOEL RIVES LLP**
By:  /s/ B. John Casey
 B. John Casey
760 SW Ninth Avenue
Suite 3000
Portland, OR 97205
      Tel: 503.294.9170
      E-mail: john.casey@stoel.com
*Attorneys for Plaintiff Lucerne Australia Pty. Ltd.*
*(Admitted Pro Hac Vice )*

2

**K&L GATES LLP**

By: /s/ Joanna Diakos

Joanna Diakos

599 Lexington Avenue

New York, NY 10022

Tel: 212.536.4807

E-mail: Joanna.DiakosKordalis@klgates.com

SDNY Bar No. JD/7269

*Attorneys for Plaintiff Lucerne Australia Pty. Ltd.*

## CERTIFICATE OF SERVICE

Pursuant to S.D.N.Y. LR 5, service of this document has been accomplished via notice of electronic filing generated by the Court's electronic filing system.