# Exhibit 18



Exhibit 18
Page 1 of 2



Exhibit 18
Page 2 of 2