# Exhibit 19



**Eric Maass**
last seen today at 4:01 AM

- U fucked yourself — 10:00 AM
- How on earth could u have done something so stupid? — 10:00 AM
- U try and fry me? — 10:03 AM
- I am one person u don't fuck over — 10:04 AM
- Wtf? Are you serious — 10:07 AM
- Deadly — 10:07 AM
- That's bullshit. The amount of stuff I removed and took out against advice. — 10:11 AM
- Give me 2 mins. Just putting kids in car — 10:16 AM
- U don't want your kids to hear this — 10:16 AM
- I'm under instructions not to speak to u again. Good luck — 10:21 AM
- I'll email MNY and Philip — 10:30 AM
- U and your heart on your sleeve has destroyed u — 10:31 AM
- Okay — 10:31 AM
- Look forward to seeing both of u in NY and

Exhibit 19
Page 1 of 3



**Eric Maass**
last seen today at 4:01 AM

Look forward to seeing both of u in NY and Australia  10:31 AM

CU will be to Gadens shortly  10:31 AM

Forgive me telling the truth  10:31 AM

Disappointing your acting this way  10:31 AM

What did I say that was not correct?  10:32 AM

Take care, good luck and Godspeed  10:32 AM

Okay, mate  10:32 AM

You can call me anytime  10:32 AM

Scott saying u are franks bitch  10:43 AM

It's over for u  10:43 AM

I'm on with Scott now  10:46 AM

Okay, mate. Not sure what to say but if that's your view that's your view.  10:46 AM

As you've always said, Lucerne has done nothing wrong. I've told the truth and you said it comes down to a commercial dispute and you're comfortable with that. I'm no one's bitch and have been more than accommodating to your requests and you

Exhibit 19
Page 2 of 3



Exhibit 19
Page 3 of 3