```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/2/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
DOMENICA NOMINEES PTY. LTD., FRANK
WILSON, and LUCERNE AUSTRALIA PTY.
LTD.,

                              Plaintiffs,

                -against-

EMERGING MARKETS INTRINSIC CAYMAN
LTD., EMERGING MARKETS INTRINSIC,
LTD., SRT CAPITAL SEGREGATED
PORTFOLIO COMPANY TFC, CGO V, LLC,
SRT CAPITAL SPC, LTD., ERIC MAASS, and
BULENT TOROS,

                             Defendants.
-------------------------------------------------------------- X

16-CV-9016 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      By letter dated June 2, 2017 [Dkt. 80], the parties reported to the Court that Plaintiffs Domenica Nominees and Frank Wilson (hereafter, the "Settling Plaintiffs") have reached a settlement in principle with Defendants.

      Accordingly, it is hereby ORDERED that this action will be dismissed as to the Settling Plaintiffs without costs (including attorneys' fees) to either party on **July 5, 2017,** unless before that date one or more of the parties files a letter with the Court requesting that the action not be dismissed and stating the reasons why the Court should retain jurisdiction over this action in light of the parties' settlement. To be clear, any request that the action not be dismissed **must** be filed **on or before July 5, 2017**; any request filed thereafter may be denied solely on that basis.

      If the parties wish for the Court to retain jurisdiction over their settlement agreement, not later than **June 21, 2017**, they must submit the settlement agreement to the Court in accordance with Rule 5.A of the Court's Individual Practices, along with a request that the Court issue an

order expressly retaining jurisdiction to enforce their settlement agreement. *See Hendrickson v. United States*, 791 F.3d 354 (2d Cir. 2015).

All deadlines and court conferences involving Settling Plaintiffs that were previously scheduled in this matter are cancelled.

**SO ORDERED.**

**Date:  June 2, 2017**
       **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**