UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DOMENICA NOMINEES PTY., LTD., FRANK
WILSON, and LUCERNE AUSTRALIA PTY. LTD.,

                  Plaintiff,

     v.

EMERGING MARKETS INTRINSIC CAYMAN LTD.,
EMERGING MARKETS INTRINSIC LTD., SRT
CAPITAL SEGREGATED PORTFOLIO COMPANY
TFC, CGO V, LLC, SRT CAPITAL SPC, LTD., ERIC
MAASS and BULENT TOROS,

                  Defendants.

No. 16-cv-09016 (VEC)(KNF)

**STIPULATION OF PARTIAL DISMISSAL**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, the above-captioned action and all claims by and among Domenica Nominees Pty. Ltd. and Frank Wilson on the one hand and all Defendants on the other hand are hereby dismissed with prejudice, without costs to either party. It is further stipulated that the so-ordered stipulation among the parties entered on the docket on January 19, 2017 (Dkt. No. 53) is hereby vacated and that Plaintiffs' Motion for Preliminary Injunction is hereby withdrawn. Facsimile signatures shall have the full force and effect of an original.

- 2 -

Dated: New York, New York
       June 22, 2017

**CHAFFETZ LINDSEY LLP**

By: _____

Scott W. Reynolds
1700 Broadway, 33rd Floor
New York, New York 10019
212-257-6925

*Attorneys for Defendants*

**STOEL RIVES LLP**

By: _____

B. John Casey
760 S.W. Ninth Avenue, Suite 3000
Portland, Oregon 97205
210-853-5882

*Attorneys for Plaintiff Lucerne Australia Pty. Ltd.*

**DAVIS & SANTOS, P.C.**

By: _____

Jason Davis
719 S. Flores Street
San Antonio, Texas 78204
210-853-5882

*Attorneys for Plaintiffs Frank Wilson and Domenica Nominees Pty. Ltd.*

Dated: New York, New York
      June 22, 2017

**CHAFFETZ LINDSEY LLP**

By: _____
Scott W. Reynolds
1700 Broadway, 33rd Floor
New York, New York 10019
212-257-6925

*Attorneys for Defendants*

**DAVIS & SANTOS, P.C.**

By: _____
Jason Davis
719 S. Flores Street
San Antonio, Texas 78204
210-853-5882

*Attorneys for Plaintiffs Frank Wilson and Domenica Nominees Pty. Ltd.*

**STOEL RIVES LLP**

By: _____
B. John Casey
760 S.W. Ninth Avenue, Suite 3000
Portland, Oregon 97205
210-853-5882

*Attorneys for Plaintiff Lucerne Australia Pty. Ltd.*