UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOMENICA NOMINEES PTY., LTD., FRANK WILSON, and LUCERNE AUSTRALIA PTY. LTD.,

    Plaintiff,

v.

EMERGING MARKETS INTRINSIC CAYMAN LTD., EMERGING MARKETS INTRINSIC LTD., SRT CAPITAL SEGREGATED PORTFOLIO COMPANY TFC, CGO V, LLC, SRT CAPITAL SPC, LTD., ERIC MAASS and BULENT TOROS,

    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/27/2017

No. 16-cv-09016 (VEC)(KNF)

**STIPULATION OF PARTIAL DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, the above-captioned action and all claims by and among Domenica Nominees Pty. Ltd. and Frank Wilson on the one hand and all Defendants on the other hand are hereby dismissed with prejudice, without costs to either party. It is further stipulated that the so-ordered stipulation among the parties entered on the docket on January 19, 2017 (Dkt. No. 53) is hereby vacated and that Plaintiffs' Motion for Preliminary Injunction is hereby withdrawn. Facsimile signatures shall have the full force and effect of an original.

- 2 -

Dated: New York, New York
June 22, 2017

| | |
|---|---|
| **CHAFFETZ LINDSEY LLP** | **DAVIS & SANTOS, P.C.** |
| By: /s/ *Scott W. Reynolds* | By: /s/ *Jason Davis* |
| Scott W. Reynolds<br>1700 Broadway, 33rd Floor<br>New York, New York 10019<br>212-257-6925 | Jason Davis<br>719 S. Flores Street<br>San Antonio, Texas 78204<br>210-853-5882 |
| *Attorneys for Defendants* | *Attorneys for Plaintiffs Frank Wilson and Domenica Nominees Pty. Ltd.* |

**STOEL RIVES LLP**

By: /s/ *B. John Casey*

B. John Casey
760 S.W. Ninth Avenue, Suite 3000
Portland, Oregon 97205
210-853-5882

*Attorneys for Plaintiff Lucerne Australia Pty. Ltd.*

SO ORDERED.

*[signature]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE
6/27/2017