UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/29/2017
```

DOMENICA NOMINEES PTY., LTD., FRANK WILSON, and LUCERNE AUSTRALIA PTY. LTD.,

    Plaintiff,

v.

EMERGING MARKETS INTRINSIC CAYMAN LTD., EMERGING MARKETS INTRINSIC LTD., SRT CAPITAL SEGREGATED PORTFOLIO COMPANY TFC, CGO V, LLC, SRT CAPITAL SPC, LTD., ERIC MAASS and BULENT TOROS,

    Defendants.

No. 16-cv-09016 (VEC)(KNF)

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties that, pursuant to Rule 41(a)(1)(A)(ii), all claims by Lucerne Australia Pty. Ltd. against all Defendants in the above-captioned action are hereby dismissed *without prejudice*, and without an award of costs to either party; provided however, that neither Lucerne Australia Pty. Ltd. nor any Defendant shall be precluded from seeking to recover its fees or costs from this litigation in any subsequent proceeding or action among them. Facsimile signatures shall have the full force and effect of an original.

Dated: New York, New York
June 28, 2017

**CHAFFETZ LINDSEY LLP**

By: _____

Scott W. Reynolds
Gretta L. Walters
1700 Broadway, 33rd Floor
New York, New York 10019
212-257-6925

*Attorneys for Defendants*

**STOEL RIVES LLP**

By: _____

B. John Casey
760 S.W. Ninth Avenue, Suite 3000
Portland, Oregon 97205
503-294-9170

*Attorneys for Plaintiff Lucerne Australia Pty. Ltd.*

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE
6/29/2017